IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
ABERDEEN DIVISION

**ROBERT SWINDOL**                                                                                        **PLAINTIFF**

V.                                           CASE NO. 1:13-cv-00237-SA-DAS

**AURORA FLIGHT SCIENCES CORPORATION**            **DEFENDANT**

### NOTICE OF APPEAL

Notice is hereby given that Robert Swindol, Plaintiff in the above named case, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Order of the Court dismissing his claim for wrongful discharge with prejudice and his claim for defamation without prejudice entered in this action on the 30th day of September, 2014.

                                                 Respectfully submitted,

                                                 /s/ *David O. Butts*, MB #7642
                                                 Attorney for Plaintiff
                                                 Renasant Center, Suite 110
                                                 Tupelo, MS   38804
                                                 Tel: (662) 841-1234
                                                 Fax: (662) 841-0357
                                                 davidbutts@davidbuttslawfirm.com

## CERTIFICATE OF SERVICE

I, David O. Butts, hereby certify that I electronically filed the foregoing with the Clerk of the Court using the ECF system which sent notification of such filing to the following:

R. Bradley Best, Esq.
Holcomb, Dunbar, Watts, Best,
Masters & Golmon, P.A.
Attorney for Defendant
400 South Lamar, Suite A
Oxford, MS  38655

Stephen W. Robinson, Esq.
srobinson@mcguirewoods.com
McGuire Woods, LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102

Nicholas D. SanFilippo, Esq.
nsanfilippo@mcguirewoods.com
McGuireWoods, LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia  22102

This the 28th day of October, 2014.

/s/ David O. Butts

David O. Butts, MB #7642