# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

January 20, 2015

Mr. David O. Butts
398 E. Main Street
Suite 110
Tupelo, MS 38804

No. 14-60779   Robert Swindol v. Aurora Flight Sciences Corp.
USDC No. 1:13-CV-237

Dear Mr. Butts,

The following pertains to appellant's brief electronically filed on January 14, 2015.

The appellant's brief is insufficient for the following reasons and must be corrected within the next **14 days**:

1. The separate Statement of Facts must be removed from the brief. Effective December 1, 2013, there was a Fifth Circuit Rule change that eliminated the need for a separate Statement of the Facts. With that said, counsel must remove the separate Statement of Facts and provide a concise Statement of the Case setting out the facts relevant to the issues submitted for review (See FED. R. APP. P 28(a)(6) and Fifth Circuit Rule 28.3(g)).

   **Note**: The Table of Contents must be amended to reflect the changes made to the brief.

2. As counsel signing the brief, attorney David Butts must electronically file a "Form for Appearance of Counsel." You must name each party you represent, see FED R. APP. P. 12(b) and 5TH CIR. R. 12 & 46.3. The form is available from the Fifth Circuit's website, www.ca5.uscourts.gov.

Once you have prepared your sufficient brief, you must email it to: dantrell_johnson@ca5.uscourts.gov for review, and copy opposing counsel. If the brief is in compliance, you will receive a notice of docket activity advising you that the sufficient brief has been filed.

Appellants are also required to file record excerpts (See 5TH CIR. R. 30.1.2 through 30.1.7). Appellant's record excerpts must be electronically filed in this case within the next **14 days.**

Failure to timely make appellant's brief sufficient via e-mail and/or electronically file an appearance form and appellant's

record excerpts may result in the dismissal of the appeal pursuant to 5ᵀᴴ Cɪʀ. R. 42.3.

Appellee's brief time continues to run.

Sincerely,

LYLE W. CAYCE, Clerk

*Dantrell Johnson*

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mr. Robert Bradley Best
    Mr. Stephen William Robinson
    Mr. Nicholas DelVecchio SanFilippo