# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

February 24, 2015

Mr. David O. Butts
398 E. Main Street
Suite 110
Tupelo, MS 38804

No. 14-60779    Robert Swindol v. Aurora Flight Sciences Corp.
                USDC No. 1:13-CV-237

Dear Mr. Butts,

The electronically filed appellant's brief has been reviewed and is sufficient.

You must submit the **seven (7) paper copies** of appellant's brief required by 5TH CIR. R. 31.1 within **five (5) days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. (Blue front covers are required).

Failure to timely provide the appropriate number of copies may result in the dismissal of the appeal pursuant to 5TH CIR. R. 42.3.

Appellee's brief time continues to run.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
  Mr. Robert Bradley Best
  Mr. Stephen William Robinson
  Mr. Nicholas DelVecchio SanFilippo