# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 13, 2015

Mr. Stephen William Robinson
McGuire Woods, L.L.P.
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102

    No. 14-60779    Robert Swindol v. Aurora Flight Sciences Corp.
                              USDC No. 1:13-CV-237

Dear Mr. Robinson,

The following pertains to appellee's brief electronically filed on March 11, 2015.

You must submit the **seven (7) paper copies** of appellee's brief required by 5TH CIR. R. 31.1 within **five (5) days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. (Red font covers are required).

Failure to timely provide the appropriate number of copies may result in the appellee's brief being stricken.

Appellant's reply brief time continues to run.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Dantrell L. Johnson, Deputy Clerk
                              504-310-7689

cc:
    Mr. Robert Bradley Best
    Mr. David O. Butts
    Mr. Nicholas DelVecchio SanFilippo