# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE
NEW ORLEANS, LA 70130

March 13, 2015

Mr. Stephen William Robinson
McGuire Woods, L.L.P.
1750 Tysons Boulevard
Suite 1800
McLean, VA 22102

No. 14-60779    Robert Swindol v. Aurora Flight Sciences Corp.
USDC No. 1:13-CV-237

Dear Mr. Robinson,

The following pertains to appellee's record excerpts electronically filed on March 11, 2015.

You must submit the **four (4) paper copies** of appellee's record excerpts required by 5TH CIR. R. 30.1.2 within **five (5) days** of the date of this notice pursuant to 5th Cir. ECF Filing Standard E.1. (White front covers are required).

We remind attorneys that the paper copies of record excerpts filed with the court must contain physical tabs that extend beyond the edges of the pages of the record excerpts to facilitate easy identification and review of tabbed documents. See 5TH Cir. R.30.1.7(c).

Failure to timely provide the appropriate number of copies may result in the appellee's record excerpts being stricken.

Appellant's reply brief time continues to run.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
    Mr. Robert Bradley Best
    Mr. David O. Butts
    Mr. Nicholas DelVecchio SanFilippo

P.S. to Mr. Butts: Appellant's sufficient record excerpts image was due via e-mail on March 12, 2015. Please see the Court's letter dated February 26, 2015, attached to appellant's record excerpts event dated February 25, 2015, for a list of the necessary corrections. The sufficient record excerpts image must be e-mailed to the Court as soon as possible to avoid adverse action.