# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

March 20, 2015

Mr. David O. Butts
398 E. Main Street
Suite 110
Tupelo, MS 38804

No. 14-60779   Robert Swindol v. Aurora Flight Sciences Corp.
USDC No. 1:13-CV-237

Dear Mr. Butts,

On March 19, 2015, we received the paper copies of appellant's record excerpts.

In light of the fact that the electronic version of appellant's record excerpts must first be made sufficient via e-mail, the paper copies are premature; and thus, we are taking no action on the premature paper copies.

Counsel must refer to the Court's notice dated February 26, 2015, attached to the appellant's record excerpts event filed February 25, 2015, for a list of the deficiencies that must be corrected. The deadline for making appellant's record excerpts sufficient via e-mail has passed; it was March 12, 2015. The electronic version of the record excerpts must be made sufficient via e-mail as soon as possible.

Further, appellant's reply brief time continues to run. The deadline to electronically file appellant's reply brief remains March 30, 2015.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Dantrell L. Johnson, Deputy Clerk
504-310-7689

cc:
　Mr. Robert Bradley Best
　Mr. Stephen William Robinson
　Mr. Nicholas DelVecchio SanFilippo