# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

April 01, 2015

Mr. David O. Butts
398 E. Main Street
Suite 110
Tupelo, MS 38804

    No. 14-60779    Robert Swindol v. Aurora Flight Sciences Corp.
    USDC No. 1:13-CV-237

Dear Mr. Butts,

We received appellant's duplicate record excerpts that were electronically filed on March 23, 2015.

In light of the fact that duplicate docketing events are not accepted by the Court, we are taking no action on the duplicate record excerpts docket event. Counsel was instructed to provide the sufficient image of appellant's record excerpts via e-mail.

No further action is required from counsel at this time regarding the electronic version of appellant's record excerpts. The Court will use the record excerpts image attached to the duplicate filing, to replace the original record excerpts image filed on February 25, 2015. Counsel will receive a separate Notice of Docket Activity (NDA) requesting paper copies of appellant's record excerpts.

    Sincerely,

    LYLE W. CAYCE, Clerk

    By: _____
    Dantrell L. Johnson, Deputy Clerk
    504-310-7689

cc:
    Mr. Robert Bradley Best
    Mr. Stephen William Robinson
    Mr. Nicholas DelVecchio SanFilippo