# *United States Court of Appeals*

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**


April 01, 2015


Mr. David O. Butts
398 E. Main Street
Suite 110
Tupelo, MS 38804


    No. 14-60779    Robert Swindol v. Aurora Flight Sciences
                    Corp.
                    USDC No. 1:13-CV-237


Dear Mr. Butts,

Appellant's electronically filed record excerpts have been reviewed and are sufficient.

The Court will process the premature set of paper copies received from appellant on March 19, 2015. **No further action is required from counsel.**


                Sincerely,

                LYLE W. CAYCE, Clerk

                *Dantrell Johnson*

                By: _____
                Dantrell L. Johnson, Deputy Clerk
                504-310-7689


cc:
    Mr. Robert Bradley Best
    Mr. Stephen William Robinson
    Mr. Nicholas DelVecchio SanFilippo