# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

April 30, 2015

Mr. David O. Butts  
398 E. Main Street  
Suite 110  
Tupelo, MS 38804

Mr. Stephen William Robinson  
Mr. Nicholas DelVecchio SanFilippo  
McGuireWoods, L.L.P.  
1750 Tysons Boulevard  
Suite 1800  
Tysons Corner, VA 22102-4215

    No. 14-60779    Robert Swindol v. Aurora Flight Sciences Corp.  
                          USDC No. 1:13-CV-237

Dear Counsel:

Based on the court's initial review of the record, it appears that plaintiff-appellant failed to properly allege the defendant-appellee's principal place of business in his complaint. *See* 28 U.S.C. § 1332(c)(1); *see also Hertz Corp. v. Friend*, 559 U.S. 77, 92-93 (2010). Accordingly, the parties are directed to submit letter briefs addressing whether diversity jurisdiction exists. In addition to presenting relevant legal arguments, the parties should cite evidence in the record that discloses "at least a substantial likelihood that jurisdiction exists." *Nadler v. Am. Motors Sales Corp.*, 764 F.2d 409, 413 (5th Cir. 1985). **The letter briefs should not exceed three pages and must be submitted no later than May 11, 2015.**

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____  
                          Allison G. Lopez, Deputy Clerk  
                          504-310-7702