McGuireWoods LLP
1750 Tysons Boulevard
Suite 1800
Tysons Corner, VA 22102-4215
Phone: 703.712.5000
Fax: 703.712.5050
www.mcguirewoods.com

Stephen W. Robinson
Direct: 703.712.5258

srobinson@mcguirewoods.com

# McGUIREWOODS

May 11, 2015

**VIA ELECTRONIC FILING**
Mr. Lyle W. Cayce
Clerk, United States Court of Appeals for the Fifth Circuit
600 S. Maestri Place
New Orleans, La 70130

    Re:    No. 14-60779, <u>Robert Swindol v. Aurora Flight Sciences Corp.</u>
            USDC No. 1:13-CV-237

Dear Mr. Cayce

    Plaintiff-Appellant Robert Swindol ("Swindol") and Defendant-Appellee Aurora Flight Science Corporation ("Aurora") hereby submit this joint letter brief in response to the Court's April 30, 2015 request for supplemental briefing addressing whether diversity jurisdiction exists. All Parties agree that complete diversity does, in fact, exist in this case, as Aurora's principal place of business is located at 9950 Wakeman Drive, Manassas, Virginia 20110-2702 and is incorporated in Delaware.

**I.    All Parties Stipulate that Diversity Jurisdiction Exists in this Case.**

    All Parties to this proceeding stipulate and agree that diversity jurisdiction exists in this case. As alleged in the Complaint, Aurora is a Delaware corporation. (ROA. 4). Moreover, Aurora's principal place of business is located in Manassas, Virginia. This is the location of Aurora's headquarters and the location where officers direct, control, and coordinate the corporation's activities. Thus, under the "nerve center" test adopted by the Supreme Court in <u>Hertz Corp. v. Friend</u>, 559 U.S. 77 (2010), Aurora's principal place of business is in Manassas, Virginia. <u>Id.</u> at 80-81; <u>see also</u> <u>Metroplexcore, L.L.C. v. Parsons Transp., Inc.</u>, 743 F.3d 964, 971 (5th Cir. 2015). Of course, "in resolving jurisdictional questions, undisputed facts and "facts expressly or impliedly found by the district court are accepted on appeal unless the findings are clearly erroneous." <u>Metroplexcore</u>, 743 F.3d at 971 n.4 (quoting <u>Pederson v. La. State Univ.</u>, 213 F.3d 858, 869 (5th Cir. 2000) (internal quotation marks and citation omitted). In this case, Aurora's principal place of

Atlanta | Austin | Baltimore | Brussels | Century City | Charlotte | Charlottesville | Chicago | Dallas | Houston | Jacksonville.
London | Los Angeles | New York | Norfolk | Pittsburgh | Raleigh | Richmond | Tysons Corner | Washington, D.C. | Wilmington

business is an undisputed fact. Diversity jurisdiction was also impliedly found by the district court, as that court dismissed Swindol's Complaint for failure to state a claim and not for lack of diversity of citizenship. (ROA. 100-10). The Complaint accurately alleges that Aurora is incorporated in Delaware. (ROA. 4).

## II. The Court May Take Judicial Notice of Aurora's Certificate of Good Standing Filed with the State of Mississippi.

Pursuant to Federal Rule of Evidence 201, this Court may "judicially notice a fact that is not subject to reasonable dispute because it: (1) is generally known within the trial court's territorial jurisdiction; or (2) can be accurately and readily determined from sources whose accuracy cannot reasonably be questioned." Fed. R. Evid. 201(b); Harris v. Bd. of Supervisors of La. State Univ. & Agric. & Mech. Coll., 409 F. App'x 725, 727 n.2 (5th Cir. 2010) ("An appellate court may take judicial notice of facts, even if such facts were not noticed by the trial court."). Courts regularly take judicial notice of public documents and facts in the public record. See, e.g., Statin v. Deutsche Bank Nat'l Trust Co., 2014 U.S. App. LEXIS 24064, at *6 (5th Cir. 2014) (taking judicial notice of a fact "because it comes from a public record"); Corrie v. Caterpillar, Inc., 503 F.3d 974, 978 n.2 (9th Cir. 2007) (taking judicial notice of public military financing guidelines); Dodd v. Tennessee Valley Auth., 770 F.2d 1038, 1039 n.1 (Fed. Cir. 1985) (taking judicial notice of a federal agency report); Massachusetts v. Westcott, 431 U.S. 322, 323n.2 (1977) ("The fact that respondent holds such a license has been ascertained from the records of the Merchant Vessel Documentation Division of the Coast Guard. These records may be judicially noticed."); McKay v. United States, 516 F. 3d 848, 849 n.2 (10th Cir. 2008) ("This deed is not in the record in [on appeal], but we may take judicial notice of it to inform our general understanding of the case") (citing 2113 Wright & Graham, FEDERAL PRACTICE AND PROCEDURE: EVIDENCE 2D, §5110.1 at 306 & n.39 (2d ed. 2005)).

Attached hereto as Exhibit 1 is a copy of Aurora's Certificate of Good Standing, a certified copy of which may be obtained from the Office of the Secretary of State of Mississippi, but which the Parties were unable to obtain in time to file this brief. Attached hereto as Exhibit 2 is Aurora's State of Mississippi Secretary of State 2014 Corporate Annual Report, which was filed with the Secretary of State of Mississippi on May 5, 2014. Both documents indicate that Aurora's principal place of business is in Manassas, Virginia and it is incorporated in Delaware. The Parties respectfully move the Court to take judicial notice of these documents, which are publicly available, as evidence of Aurora's principal

place of business. The Parties agree that the statements contained in these two documents regarding Aurora's principal place of business are uncontested.

**III.   If Necessary and Proper, Plaintiff-Appellant Swindol is willing to File an Amended Complaint with this Court Properly Alleging Diversity Jurisdiction.**

Finally, to the extent the Court finds it necessary and proper for an amended complaint to be filed properly alleging diversity of citizenship, Swindol hereby moves this Court for leave to file an amended complaint in this Court properly alleging Aurora's principal place of business. Moreover, to the extent the Court finds it necessary and proper for an amended complaint to be filed properly alleging diversity of citizenship, Aurora consents to the filing of an amended complaint in this Court properly alleging diversity of citizenship. Such an amendment is permissible in this Court, without remand. Nadler v. Am. Motors Sales Corp., 764 F.2d 409, 413 (5th Cir. 1985) ("We ... have discretion to permit the [the plaintiffs] to cure the defect by amending their complaint in this Court." (citing 28 U.S.C. § 1653 (1982))).

**IV.   Remand is Unnecessary and Inefficient in this Case.**

Given the Parties' stipulation that diversity exists, the judicially noticeable documents supporting diversity, Swindol's willingness to file an amended complaint, and Aurora's consent to Swindol's filing an amended complaint, the Parties humbly ask this Court not to remand this case for further proceedings. The defect in Swindol's Complaint is exactly the type of technical pleading mistake that this Court has permitted appellants to correct before in prior cases, including Nadler. 764 F.2d at 413. There is more than a substantial likelihood that diversity exists in this case, and the Parties should be permitted to overcome this formal mistake and have this Court decide the case on its merits. The Parties further agree that remand would only unnecessarily add cost and expense to this litigation.

**CONCLUSION**

Diversity jurisdiction exists in this case, and the Parties jointly and respectfully move this Court to accept their stipulation, take judicial notice of that fact, and/or permit Swindol to file an amended complaint in this Court properly alleging Aurora's principal place of business.

May 11, 2015                                    Respectfully submitted,

AURORA FLIGHT SCIENCES
CORPORATION

By Counsel

<u>s/ *Stephen W. Robinson*</u>
STEPHEN W. ROBINSON, ESQ.
srobinson@mcguirewoods.com
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
Telephone: (703) 712-5000
Facsimile: (703) 712-5050
*Counsel for Defendant-Appellee Aurora*
*Flight Sciences Corporation*

NICHOLAS D. SANFILIPPO, ESQ.
nsanfilippo@mcguirewoods.com
MCGUIREWOODS LLP
1750 Tysons Boulevard, Suite 1800
Tysons Corner, Virginia 22102
Telephone: (703) 712-5378
Facsimile: (703) 712-5220
*Counsel for Defendant-Appellee Aurora*
*Flight Sciences Corporation*

R. BRADLEY BEST, ESQ.
bradbest@holcombdunbar.com
HOLCOMB, DUNBAR, WATTS, BEST,
MASTERS, & GOLMON, P.A.
P.O. Drawer 707
400 South Lamar, Suite A
Oxford, Mississippi 38655
Telephone: (662) 234-8775
Facsimile: (662) 238-7552
*Counsel for Defendant-Appellee Aurora*
*Flight Sciences Corporation*

ROBERT SWINDOL

By Counsel

 s/ *David O Butts*
DAVID O. BUTTS, ESQ. #7642
davidbutts@davidbuttslawfirm.com
Renasant Center, Suite 110
398 East Main Street
Tupelo, MS 38804
Tel: (662) 841-1234
Fax: (662) 841-0357
davidbutts@davidbuttslawfirm.com
*Counsel for Plaintiff-Appellant, Robert Swindol*

## CERTIFICATE OF SERVICE

The undersigned attorney certifies that he caused the foregoing Joint Letter Brief of Plaintiff-Appellant Robert Swindol and Defendant-Appellee Aurora Flight Sciences Corporation to be filed with the Clerk of the Court for the United States Court of Appeals for the Fifth Circuit on May 11, 2015 by using the appellate CM/ECF system, which will send notice of the filing to counsel for appellants, who is a registered CM/ECF user:

>David O. Butts, Esq.
>Renasant Center, Suite 110
>398 East Main Street
>Tupelo, MS 38804
>Tel: (662) 841-1234
>Fax: (662) 841-0357
>davidbutts@davidbuttslawfirm.com
>*Counsel for Plaintiff-Appellant, Robert Swindol*

May 11, 2015

>_s/ Stephen W. Robinson_
>STEPHEN W. ROBINSON, ESQ.
>srobinson@mcguirewoods.com
>MCGUIREWOODS LLP
>1750 Tysons Boulevard, Suite 1800
>Tysons Corner, Virginia 22102
>(703) 712-5000 (telephone)
>(703) 712-5050 (facsimile)
>*Counsel for Defendant-Appellee Aurora Flight Sciences Corporation*

# Exhibit 1



# Delbert Hosemann
*Secretary of State*

This is not an official certificate of good standing.

## Name History

| Name | Name Type |
|---|---|
| Aurora Flight Sciences Corporation | Legal |

## Business Information

**Business Type:** Profit Corporation
**Business ID:** 881827
**Status:** Good Standing
**Effective Date:** 11/21/2005
**State of Incorporation:** DE
**Principal Office Address:** 9950 Wakeman Drive
Manassas, VA 20110-2702

## Registered Agent

**Name**
C T CORPORATION SYSTEM
645 LAKELAND EAST DRIVE, Suite 101
FLOWOOD, MS 39232

## Officers & Directors

| Name | Title |
|---|---|
| John Langford<br>9950 Wakeman Drive<br>Manassas, VA 20110-2702 | Director, President |
| Ralph Koch<br>9950 Wakeman Drive<br>Manassas, VA 20110-2702 | Treasurer |

Kristine Miller
9950 Wakeman Drive
Manassas, VA 20110-2702        Vice President

James Schubauer II
9950 Wakeman Drive
Manassas, VA 20110-2702        Director

Kristine Miller
9950 Wakeman Drive
Manassas, VA 20110             Secretary

# Exhibit 2



# State of Mississippi
# Secretary of State
# 2014 Corporate Annual Report

Business ID: 881827
Date Filed: 05/05/2014 12:17 PM
C. Delbert Hosemann, Jr.
Secretary of State

Corporate ID: 881827

☐ If there are no changes, mark an "X" here, date and sign at the bottom of the page.

**Corporate Name & Principal Address:**
AURORA FLIGHT SCIENCES CORPORATION
9950 WAKEMAN DRIVE
MANASSAS, VA 20110-2702

11F0008
**Registered Agent and Office:**
C T CORPORATION SYSTEM
645 LAKELAND EAST DRIVE, SUITE 101
FLOWOOD, MS 39232

**Corporate Email:** kaminski.cheryl@aurora.aero
**Updated Email:** _____

*Required if incorporated before 2012 Enter all changes in the box below:*

*Complete form F0010 to make changes to the agent or address. Complete F0012 to make changes to the corporate name. Obtain forms at www.sos.ms.gov*

** Corporate Principal Address
_____
_____

**State of Incorporation:** Delaware
**Federal Id:** 541502935
**Telephone:** (703) 331-1047

**Current Principal Officers / Addresses**    Director
**President:** JOHN LANGFORD    [X]
9950 WAKEMAN DRIVE
MANASSAS, VA 20110-2702

**Vice Pres:** KRISTINE MILLER    ☐
9950 WAKEMAN DRIVE
MANASSAS, VA 20110-2702

**Secretary:** KRISTINE MILLER    ☐
9950 WAKEMAN DRIVE
MANASSAS, VA 20110

**Treasurer:** RALPH KOCH    ☐
9950 WAKEMAN DRIVE
MANASSAS, VA 20110-2702

**New Officers / Addresses**    Director
** President: _____    ☐
_____

** Vice President: _____    ☐
_____

** Secretary: _____    ☐
_____

** Treasurer: _____    ☐
_____

*Directors in addition to those listed above are to be listed on additional pages if necessary*

**Stock Shares Authorized, Issued & Outstanding:**

| Class | Series | Authorized | Issued |
|---|---|---|---|
| Common | | 17500000 | 8355797 |
| Preferred | | 813158 | 799015 |

**NAICS Code/Nature of Business**

| | |
|---|---|
| 332322 | Sheet Metal Work Manufacturing |
| 336411 | Aircraft Manufacturing |
| 336413 | Other Aircraft Part and Auxiliary Equipment |
| 336414 | Guided Missile and Space Vehicle Manufacturing |
| 336419 | Other Guided Missile and Space Vehicle Parts and |

** **Stock Shares Authorized, Issued & Outstanding:**

| Class | Series | Authorized | Issued |
|---|---|---|---|
| Common | | 17500000 | 8371897 |
| Preferred | | 813158 | 799015 |
| Preferred | A-1 | 7500000 | 6850000 |

** **NAICS Code/Nature of Business**

| | |
|---|---|
| 332322 | Sheet Metal Work Manufacturing |
| 336411 | Aircraft Manufacturing |
| 336413 | Other Aircraft Part and Auxiliary Equipment |
| 336414 | Guided Missile and Space Vehicle Manufacturing |
| 336419 | Other Guided Missile and Space Vehicle Parts and |

This report has been examined by me and to the best of my knowledge and belief, is true, correct, complete and current as of this 5th day of May , 20 14 .

Ralph Koch
**Signature**

**Printed Name**
Treasurer
**Title**

Make check for $25.00, payable to SECRETARY OF STATE.
Mail completed form with payments to SECRETARY OF STATE, PO Box 1020, JACKSON, MS 39215-1020
For assistance contact a customer service representative at (800) 256-3494. Visit our website at www.sos.ms.gov for forms.



# State of Mississippi
# Secretary of State
# 2014 Corporate Annual Report

FOR OFFICE USE ONLY

**Corporate ID:** 881827

**Corporate Name & Principal Address:**
AURORA FLIGHT SCIENCES CORPORATION
9950 WAKEMAN DRIVE
MANASSAS, VA 20110-2702

**Additional Parties:**

PRESIDENT
JOHN LANGFORD
9950 WAKEMAN DRIVE
MANASSAS, VA 20110-2702

TREASURER
RALPH KOCH
9950 WAKEMAN DRIVE
MANASSAS, VA 20110-2702

VICE PRESIDENT
KRISTINE MILLER
9950 WAKEMAN DRIVE
MANASSAS, VA 20110-2702

DIRECTOR
JAMES SCHUBAUER II
9950 WAKEMAN DRIVE
MANASSAS, VA 20110-2702

SECRETARY
KRISTINE MILLER
9950 WAKEMAN DRIVE
MANASSAS, VA 20110