# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE**
**NEW ORLEANS, LA 70130**

August 28, 2015

Hon. Betty Sephton, Clerk
Mississippi Supreme Court
450 High Street
Jackson, MS  39201

   No. 14-60779   Robert Swindol v. Aurora Flight Sciences Corp.
                     USDC No. 1:13-CV-237

Dear Honorable Sephton,

The Fifth Circuit has determined to certify a question of law to the Supreme Court of Mississippi in connection with the referenced appeal.

I am enclosing herewith one folders containing the following documents:

    (1)  Opinion of this Court directing certification;
    (2)  The formal certification to the Supreme Court of Mississippi;
    (3)  Briefs of the parties.

Also enclosed are nine additional copies of the Court's certification opinion for distribution to all of the Mississippi Supreme Court Justices.

                              Sincerely,

                              LYLE W. CAYCE, Clerk

                              By: _____
                              Jamei R. Schaeffer, Deputy Clerk

Enclosure(s)

cc and copy of opinion to:
    Mr. Robert Bradley Best
    Mr. David O. Butts
    Mr. Stephen William Robinson
    Mr. Nicholas DelVecchio SanFilippo