# IN THE UNITED STATES COURT OF APPEALS

# FOR THE FIFTH CIRCUIT

_____

No. 14-60779

_____

D.C. Docket No. 1:13-CV-237

ROBERT SWINDOL,

                Plaintiff - Appellant

v.

AURORA FLIGHT SCIENCES CORPORATION,

                Defendant - Appellee

--------------------

Appeal from the United States District Court for the
Northern District of Mississippi, Aberdeen

--------------------

      I, Lyle W. Cayce, Clerk of the U.S. Court of Appeals for the Fifth Circuit, do hereby certify that the foregoing pages contain a full, true and complete copy of the following papers:

    (1) Designation of issues to present on appeal;
    (2) Appellant's brief;
    (3) Appellee's brief;
    (4) Joint letter brief

in the above cause in this Court as full, true and complete as the originals of the same now remain in my office.