IN THE UNITED STATES COURT OF APPEALS

FOR THE FIFTH CIRCUIT
_____

No. 14-60779
_____

D.C. Docket No. 1:13-CV-237


ROBERT SWINDOL,

    Plaintiff - Appellant

v.

AURORA FLIGHT SCIENCES CORPORATION,

    Defendant - Appellee

-------------------
Appeal from the United States District Court for the
Northern District of Mississippi, Aberdeen
-------------------

    I, Lyle W. Cayce, Clerk of the U.S. Court of Appeals for the Fifth Circuit, do hereby certify that the foregoing pages contain a full, true and complete copy of the following papers:

  (1) Designation of issues to present on appeal;
  (2) Appellant's brief;
  (3) Appellee's brief;
  (4) Joint letter brief

in the above cause in this Court as full, true and complete as the originals of the same now remain in my office.



Certified as a true copy and issued
as the mandate on **Aug 31, 2015**

Attest:  *Tyle W. Cayce*
**Clerk, U.S. Court of Appeals, Fifth Circuit**