# Supreme Court of Mississippi
# Court of Appeals of the State of Mississippi
*Office of the Clerk*

Muriel B. Ellis
Post Office Box 249
Jackson, Mississippi 39205-0249
Telephone: (601) 359-3694
Facsimile: (601) 359-2407

*(Street Address)*
450 High Street
Jackson, Mississippi 39201-1082

e-mail:sctclerk@courts.ms.gov

March 24, 2016

This is to advise you that the Mississippi Supreme Court rendered the following decision on the 24th day of March, 2016.

Supreme Court Case # 2015-FC-01317-SCT
Trial Court Case # 14-60779

Robert Swindol v. Aurora Flight Sciences Corporation

Certified Question Answered. Appellant and Appellee taxed with costs of appeal.

**\* NOTICE TO CHANCERY/CIRCUIT/COUNTY COURT CLERKS \***
If an original of any exhibit other than photos was sent to the Supreme Court Clerk and should now be returned to you, please advise this office in writing immediately.

Please note: Pursuant to MRAP 45(c), amended effective July, 1, 2010, copies of opinions will not be mailed. Any opinion rendered may be found at www.mssc.state.ms.us under the Quick Links/Supreme Court/Decision for the date of the decision or the Quick Links/Court of Appeals/Decision for the date of the decision.



U.S. COURT OF APPEALS
RECEIVED
MAR 28 2016
FIFTH CIRCUIT