IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 14-60779

D.C. Docket No. 1:13-CV-237

United States Court of Appeals
Fifth Circuit
**FILED**
August 8, 2016
Lyle W. Cayce
Clerk

ROBERT SWINDOL,

    Plaintiff - Appellant

v.

AURORA FLIGHT SCIENCES CORPORATION,

    Defendant - Appellee

Appeal from the United States District Court for the
Northern District of Mississippi, Aberdeen

Before WIENER, CLEMENT, and SOUTHWICK, Circuit Judges.

J U D G M E N T

This cause was considered on the record on appeal and the briefs on file.

It is ordered and adjudged that the judgment of the District Court is affirmed in part and reversed in part, and the cause is remanded to the District Court for further proceedings in accordance with the opinion of this Court.

IT IS FURTHER ORDERED that defendant-appellee pay to plaintiff-appellant the costs on appeal to be taxed by the Clerk of this Court.