UNITED STATES COURT OF APPEALS FOR THE FIFTH CIRCUIT

Print Form

## BILL OF COSTS

**NOTE: The Bill of Costs is due in this office *within 14 days from the date of the opinion, See* FED. R. APP. P. & 5TH CIR. R. 39. Untimely bills of costs must be accompanied by a separate motion to file out of time, which the court may deny.**

_Robert Swindol_ v. _Aurora Flight Sciences Corp._ No. _14-60779_

The Clerk is requested to tax the following costs against: _Aurora Flight Sciences Corp._

| COSTS TAXABLE UNDER Fed. R. App. P. & 5th Cir. R. 39 | REQUESTED | | | | ALLOWED (If different from amount requested) | | | |
|---|---|---|---|---|---|---|---|---|
| | No. of Copies | Pages Per Copy | Cost per Page* | Total Cost | No. of Documents | Pages per Document | Cost per Page* | Total Cost |
| **Docket Fee ($500.00)** | | | | $500.00 | | | | |
| **Appendix or Record Excerpts** | | | | | | | | |
| **Appellant's Brief** | 11 | 31 | $.15 | $51.15 | | | | |
| **Appellee's Brief** | | | | | | | | |
| **Appellant's Reply Brief** | | | | | | | | |
| **Other:** | | | | | | | | |
| | | | Total $ | $551.15 | Costs are taxed in the amount of $ | | | |

Costs are hereby taxed in the amount of $ _____ this _____ day of _____, _____.

LYLE W. CAYCE, CLERK

State of _____
County of _Lee_____

By _____
Deputy Clerk

I _David O. Butts_, do hereby swear under penalty of perjury that the services for which fees have been charged were incurred in this action and that the services for which fees have been charged were actually and necessarily performed. A copy of this Bill of Costs was this day mailed to opposing counsel, with postage fully prepaid thereon. This _16th_ day of _August_, _2016_.

_David O. Butts_
(Signature)

*SEE REVERSE SIDE FOR RULES
GOVERNING TAXATION OF COSTS

Attorney for _Robert Swindol_