# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE  
NEW ORLEANS, LA 70130

August 17, 2016

Mr. David O. Butts  
398 E. Main Street  
Suite 110  
Tupelo, MS 38804

    No. 14-60779    Robert Swindol v. Aurora Flight Sciences Corp.  
                            USDC No. 1:13-CV-237

Dear Mr. Butts,

The following pertains to appellant's bill of costs electronically filed on August 17, 2016.

The bill of costs is insufficient for the following reason and must be corrected within the next **7 days**:

- The bill of costs is incomplete. Counsel must complete the field on the Bill of Costs labeled "The Clerk is requested to tax the following costs against:".

**Once you have prepared your sufficient bill of costs, you must email it to: Dantrell_Johnson@ca5.uscourts.gov for review.** If the bill of costs is in compliance, the Clerk's Office will proceed with the processing of the bill of costs.

Failure to timely e-mail the sufficient bill of costs may result in the bill of costs being stricken.

                            Sincerely,

                            LYLE W. CAYCE, Clerk

                            By: _____  
                            Dantrell L. Johnson, Deputy Clerk  
                            504-310-7689

cc:  
    Mr. Robert Bradley Best  
    Mr. Stephen William Robinson  
    Mr. Nicholas DelVecchio SanFilippo